NTN CORPORATION, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., NTN Bower Corporation, and NTN–BCA Corporation, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

v.

Timken U.S. Corporation, Defendant–Appellee.

No. 04–1472.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before SCHALL, BRYSON, and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

Angela E. LEWIS, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 04–3229.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.